IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| HANNAH BABY, LLC; FIRST UNITED MANAGEMENT, INC.; YOLO CAPITAL, INC.; MOONPIE, FLP; NATIONAL TRUCK FUNDING, LLC; and AMERICAN TRUCK GROUP, LLC | APPELLANTS/ CROSS-APPELLEES |
| v. | CAUSE NO. 1:19cv160-LG-RHW<br>CAUSE NO. 1:19cv173-LG-RHW |
| CHAFFE SECURITIES, INC. and CHAFFE & ASSOCIATES, INC. | APPELLEES/ CROSS-APPELLANTS |
| IN RE NATIONAL TRUCK FUNDING, LLC, et al. | CHAPTER 11 DEBTORS CASE NO. 17-51243-KMS |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered herewith dismissing the parties' appeals from the United States Bankruptcy Court for the Southern District of Mississippi's March 8, 2019 and March 26, 2019 Orders Granting in Part and Denying in Part First and Final Application of Chaffe Securities, Inc. for Allowance of Fees and Expenses,

**IT IS ORDERED AND ADJUDGED** that the decisions of the United States Bankruptcy Court for the Southern District of Mississippi are **AFFIRMED**, and the parties' appeals are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 16th day of March, 2020.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE